|   |   |
|---|---|
| 1 | **NICHOLAS DE PENTO** |
|   | Attorney at Law |
| 2 | State Bar No. 47672 |
|   | 444 West "C" Street |
| 3 | Suite 120 |
|   | San Diego, California 92101 |
| 4 | Telephone (619) 236-1151 |
|   | Fax (619) 236-1389 |
| 5 |   |
|   | Attorney for Defendant |
| 6 | **RODOLFO RODRIGUEZ-CARBAJAL** |

FILED
2006 SEP -8 PM 2:27
[stamp, Southern District of California]
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 06-CR0086-DMS |
|---|---|
| Plaintiff, | STIPULATION RE: CONTINUANCE OF SENTENCING / ORDER THEREON |
| vs. | DEFENDANT **RODOLFO RODRIGUEZ-CARBAJAL** |
| RODOLFO RODRIGUEZ- CARBAJAL | |
| Defendants. | Current Date: 9-08-06, 9:00 a.m. |
|   | New Date: 10-27-06, 9:00 a.m. |

It is hereby stipulated between the parties to request additional time for each side to prepare Sentencing Briefs that the present sentencing date of 9-08-2006 be continued to 10-27-2006 at 9:00 AM.

DATE: 9-7-06

_[signature]_
CAROL A TRUJILLO
ASSISTANT U.S. ATTORNEY

DATE: 9-6-06

_[signature]_
NICHOLAS DE PENTO
Attorney for Defendant
Rodolfo Rodriguez-Carbajal

IT OS SO ORDERED

DATE: 9-7-06

_[signature]_
DANA M. SABRAW