NICHOLAS DE PENTO
Attorney at Law
State Bar No. 47672
444 West "C" Street
Suite 120
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389

Attorney for Defendant
**RODOLFO RODRIGUEZ-CARBAJAL**

FILED
06 OCT 26 AM 10:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RODOLFO RODRIGUEZ- CARBAJAL <br><br> Defendants. | Case No. 06-CR0086-DMS <br><br> STIPULATION RE: CONTINUANCE OF SENTENCING / ORDER THEREON DEFENDANT **RODOLFO RODRIGUEZ-CARBAJAL** <br><br> Current Date: 10-27-06, 9:00 a.m. <br> New Date: 12-08-06, 9:00 a.m. |

It is hereby stipulated between the parties to request additional time for each side to prepare Sentencing Briefs that the present sentencing date of 10-27-2006 be continued to 12-08-2006 at 9:00 AM.

DATE: 10-25-06

CAROL A TRUJILLO
ASSISTANT U.S. ATTORNEY

DATE: 10-25-06

NICHOLAS DE PENTO
Attorney for Defendant
Rodolfo Rodriguez-Carbajal

IT OS SO ORDERED

DATE: 10-25-06